UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEREDITH SUMMER,                                              Case No. 21-12936

    Plaintiff,                                                        F. Kay Behm
v.                                                                         United States District Judge

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, NIKOLAI VITTI,
and ADRIANA RENDON, Individually
and in their official capacities,

    Defendants.
_____ /

## ORDER REGARDING DISCOVERY

Following a status conference held on August 29, 2023, **IT IS HEREBY**

**ORDERED** that:

(1) The parties have until September 29, 2023, to depose Plaintiff and the four individuals whose depositions were noticed on June 20, 2023: Nidia Ashby, Ricardo Salazar, Adriana Rendon, and Nikolai Vitti.  These individuals do not need to be deposed in any particular order.  Plaintiff shall be deposed regardless of whether the other four are completed.  Sanctions will be considered if either Plaintiff or the other individuals identified above are not made available for his/her deposition to be completed before September 29, 2023.

(2) All discovery outside of these depositions remains closed.  (*See* ECF No. 43, Case Management Order; ECF No. 65, Certificate of Completion of Discovery Matters).

(3) In completing these depositions, the parties must abide by all protective orders entered by Magistrate Judge David R. Grand.  This includes ECF No. 9, which states: "Summer's counsel should make every effort to conduct defendant Vitti's deposition as efficiently as possible" and suggests the deposition be "well short of the seven-hour maximum specified in Rule 30(d)(1)." (ECF No. 9, PageID.141).

(4) Plaintiff's Motion for Leave to File First Amended Complaint is taken under advisement.  Pursuant to the court's discussion with the parties, the most current proposed Amended Complaint is the one attached to Plaintiff's Motion, ECF No. 57-1.  As such, Defendant's Motion to Strike (ECF No. 59) is **GRANTED** and Plaintiff's Amended Complaint (ECF No. 53) shall be **STRICKEN** from the docket.

(5) A date shall be set for a hearing on Defendants' Motion to Dismiss (ECF No. 50) and Defendants' Motion for Summary Judgment (ECF No. 51) in December of 2023.

(6) The Final Pretrial Conference set for January 3, 2024, and the Jury Trial set for January 16, 2024, are cancelled.

(7) Counsel for both parties shall appear before the court for a video status conference to be set in the week of October 2, 2023, at which time new dates for trial will be set.

**SO ORDERED**.

Date: August 30, 2023          s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge